606 A.2d 359

STATE OF NEW JERSEY, v. BARRY BETHEA.

March 26, 1992.

Petition for certification is denied; and it is further

ORDERED that the judgment of the Appellate Division that is the subject of the appeal in this matter is summarily affirmed.

606 A.2d 359

STATE OF NEW JERSEY, v. GLENN TRUESDALE.

March 26, 1992.

Petition for certification is denied.

The Court notes that in imposing sentence pursuant to the judgment of the Appellate Division, the trial court shall consider *State v. Lagares*, 127 *N.J.* 20, 601 *A.*2d 698 (1992).

606 A.2d 359

STATE OF NEW JERSEY, v. ALVIN DENNIS.

March 27, 1992.

Petition for certification is granted, and it is further;

ORDERED that the matter is summarily remanded to the trial court for resentencing in light of *State v. Lagares*, 127 *N.J.* 20, 601 *A.*2d 698 (1992).